WCPJR/mlk
3/28/22

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JESSICA RICH | * | |
| Plaintiff | * | |
| v. | * | CASE NO. 1:21-CV-01670-ELH |
| THE RMR GROUP LLC, et al. | * | |
| Defendants | * | |

\* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE AS TO THE RMR GROUP LLC PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

Plaintiff, Jessica Rich, by and through her attorneys, Kenneth M. Trombly, Esq., and Trombly & Singer, PLLC, the Defendant, The RMR Group LLC, by and through its attorneys, William C. Parler, Jr., Esq. and The Law Offices of William C. Parler, Jr., LLC, and Co-Defendant/Cross-Plaintiff, Diana Consulting & Services, LLC, d/b/a Servicon Facilities & Mechanical Services, by and through its attorneys, Christian Mann, Esq. and Mann & Casey, P.A., hereby agree, pursuant to F.R.C.P. 41(a)(1)(A)(ii), that all claims against the Defendant, The RMR Group LLC, shall be dismissed with prejudice, including any cross-claims filed against, or on behalf of The RMR Group LLC, with each party to bear its own costs and fees. The Plaintiff's claims against Diana Consulting & Services, LLC, d/b/a Servicon Facilities & Mechanical Services are not dismissed, and the case shall proceed with those two parties only.

Respectfully submitted:

| | |
|---|---|
| */s/ Kenneth M. Trombly* | */s/ William C. Parler, Jr.* |
| Kenneth M. Trombly, Esq., #02822 | WILLIAM C. PARLER, JR., #05087 |
| **TROMBLY & SINGER, PLLC** | **THE LAW OFFICES OF** |
| 1825 K Street, NW, Suite 1150 | **WILLIAM C. PARLER, JR., LLC** |
| Washington, D.C. 20006 | 311 Gailridge Road |
| 202-887-5000 | Timonium, Maryland 21093 |
| kmt@tromblylaw.com | 410-832-1885 |
| *Attorneys for Plaintiff* | w.parler@parlerlaw.com |
| | *Attorneys for Defendant, The RMR Group LLC* |

*/s/ Christian C. Mann*
Christian C. Mann, Esq., #29966
**MANN & CASEY, P.A.**
409 Washington Avenue, #600
Towson, MD 21204
410-296-6826
Jmarkel_mann@hotmail.com
*Attorneys for Cross Defendant,*
*Diana Consulting & Services, LLC,*
*d/b/a Servicon Facilities & Mechanical Services*

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of March, 2022, a copy of the aforegoing was sent via electronic mail to:

Kenneth M. Trombly, Esq.
Daniel S. Singer, Esq.
Trombly & Singer, PLLC
1825 K Street, NW, Suite 1150
Washington, D.C. 20006
kmt@tromblylaw.com
dsinger@tromblylaw.com
*Attorneys for Plaintiff*

Christian Chambers Mann
Mann and Casey PA
409 Washington Ave, Ste 600
Towson, Maryland 21204
manncc20@gmail.com
*Attorneys for Diana Consulting Services, LLC*

*/s/ William C. Parler, Jr.*
WILLIAM C. PARLER, JR.