UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **JESSICA RICH** | * | |
| *Plaintiff,* | * | |
| v. | * | CASE NO. 1:21-CV-01670 |
| | * | |
| **The RMR GROUP, LLC, et al.** | * | |
| *Defendants.* | * | |

\* \* \* \* \* \* \* \* \*

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereto, by their undersigned counsel, pursuant to F.R.C.P. 41(a)(1)(A)(ii), hereby stipulate and agree to the dismissal of the above case, including any and all claims, counterclaims and cross claims, with prejudice.

*Kenneth Trombly, Esq./CCM w/ permission*
Kenneth Trombly, Esq., #02822
Trombly & Singer, PLLC
1825 K Street, NW, Suite 1150
Washington, D.C. 20006
202-887-5000
kmt@tromblylaw.com
dsinger@tromblylaw.com
Attorney for Plaintiff

Christian C. Mann, Esq., #29966
Mann & Casey, P.A.
409 Washington Avenue, #600
Towson, MD 21204
410-296-6826
410-825-1805 fax
Jmarkel_mann@hotmail.com
Attorneys for Defendant

# CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of October, 2022, a copy of the foregoing was emailed to:

Kenneth Trombly, Esq., #02822
Daniel Singer, Esq., #01274
Trombly & Singer, PLLC
1825 K Street, NW, Suite 1150
Washington, D.C. 20006
202-887-5000
kmt@tromblylaw.com
dsinger@tromblylaw.com
Attorney for Plaintiffs

_____
Christian C. Mann, Esq., #29966